

**SO ORDERED.**
**SIGNED this 13th day of September, 2022**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

DONALD H. BRANDT

    Debtor

Case No. 3:21-bk-31744-SHB
Chapter 11

### ORDER FOR HEARING ON ADEQUACY OF DISCLOSURE STATEMENT
### <u>COMBINED WITH NOTICE THEREOF</u>

**TO PARTIES IN INTEREST:**

First National Bank of Oneida filed a Disclosure Statement on September 13, 2022 [Doc. 335] and a Plan of Reorganization on September 9, 2022 [Doc. 334]. The Court, accordingly, directs and notice is hereby given that:

1. A hearing will be held on October 27, 2022, at 10:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to consider and rule on the adequacy of information contained in the Disclosure Statement and to consider any other matter that may properly come before the court at that time.

2. October 20, 2022, is fixed as the last day for filing and serving written objections to the Disclosure Statement in accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure.

3. The hearing may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

4. The proposed Plan and Disclosure Statement are on file in Debtor's case and may be accessed at any time by registered users through the Court's electronic case filing system. Non-registered users desiring copies of such proposed Plan or Disclosure Statement should submit a request to Cheryl G. Rice, counsel for First National Bank of Oneida, at Egerton, McAfee, Armistead & Davis, P.C., Riverview Tower, 14th Floor, 900 S. Gay Street, Knoxville, Tennessee 37902.

5. Counsel for First National Bank of Oneida shall serve a copy of this Order and Notice, the Plan, and the Disclosure Statement on those required to be served under Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, in addition to the United States Trustee; the U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, Georgia 30326-1382; the District Director of Internal Revenue; and the Honorable Francis M. Hamilton, III, United States Attorney, 800 Market Street, Suite 211, Knoxville, Tennessee 37902, and counsel for First National Bank of Oneida shall certify service within seven days. Additionally, a copy of this Order and Notice shall be served electronically or by way of the Bankruptcy Noticing Center on all creditors, equity security holders, and other parties in interest.

###