

**SO ORDERED.**
**SIGNED this 19th day of October, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

DONALD H. BRANDT

Debtor

Case No. 3:21-bk-31744-SHB
Chapter 11

### ORDER FOR HEARING ON ADEQUACY OF AMENDED
### DISCLOSURE STATEMENT COMBINED WITH NOTICE THEREOF

**TO PARTIES IN INTEREST:**

First National Bank of Oneida filed an Amended Plan of Reorganization and Amended Disclosure Statement on October 14, 2022 [Docs. 348, 349]. The Court, accordingly, directs and notice is hereby given that:

1. A hearing will be held on December 8, 2022, at 10:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to consider and rule on the adequacy of information contained in the Amended Disclosure Statement and to consider any other matter that may properly come before the court at that time.

2. The hearing may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

3. November 30, 2022, is fixed as the last day for filing and serving written objections to the Amended Disclosure Statement in accordance with Federal Rule of Bankruptcy Procedure 3017(a).

4. The proposed Amended Plan and Amended Disclosure Statement are on file in Debtor's case and may be accessed at any time by registered users through the Court's electronic case filing system. Non-registered users desiring copies of such proposed Amended Plan or Amended Disclosure Statement should submit a request to Cheryl G. Rice, counsel for First National Bank of Oneida, at Egerton, McAfee, Armistead & Davis, P.C., Riverview Tower, 14th Floor, 900 S. Gay Street, Knoxville, Tennessee 37902.

5. No later than October 21, 2022, counsel for First National Bank of Oneida shall (1) serve a copy of this Order and Notice, the Amended Plan, and the Amended Disclosure Statement on those required to be served under Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, in addition to the United States Trustee; the U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, Georgia 30326-1382; the District Director of Internal Revenue; and the Honorable Francis M. Hamilton, III, United States Attorney, 800 Market Street, Suite 211, Knoxville, Tennessee 37902; and (2) certify service. Additionally, a copy of this Order and Notice shall be served electronically or by way of the Bankruptcy Noticing Center on all creditors, equity security holders, and other parties in interest.

6. The hearing scheduled for October 27, 2022, as directed in the Order entered on September 13, 2022 [Doc. 337], is STRICKEN.

###